JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Balboa Capital Corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>Daler- Rowney USA Limited, et al.,<br><br>      Defendant(s). | SACV 11-01959-JVS(MLGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: April 13, 2012

                                                  _____
                                                    James V. Selna
                                           United States District Judge